FILE COPY

No. 07-14-00118-CR

| | | |
|---|---|---|
| Travon La Shae Ginn<br>   Appellant | § | From the 108th District Court<br>   of Potter County |
| | § | |
| v. | | March 31, 2015 |
| | § | |
| The State of Texas<br>   Appellee | § | Opinion by Justice Hancock |

## J U D G M E N T

Pursuant to the opinion of the Court dated March 31, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o